**FILED**

SEP 1 2 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY 
       DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare St., Room 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000

5  Attorneys for Plaintiff
   United States of America

6

7              IN THE UNITED STATES DISTRICT COURT

8                 EASTERN DISTRICT OF CALIFORNIA

9

| 10 | IN THE MATTER OF THE SEARCH OF: | CASE NO.  5:13-SW-00068 JLT |
|---|---|---|
| 11 | | ORDER FOR DESTRUCTION OF BULK MARIJUANA SEIZURE |
| 12 | APPROXIMATE GPS COORDINATES OF N 35 37.728 W 118 38.074. | |
| 13 | | |

14

15     The United States of America having applied to this Court for an order permitting its agents to

16  destroy any bulk marijuana seized in connection with the execution of search warrants in this matter pursuant

17  to duly authorized search warrants, and good cause appearing therefor,

       IT IS HEREBY ORDERED that the U.S. Forest Service and other investigative agencies involved in
18
   the investigation of this matter are authorized to destroy any bulk marijuana plants seized in this case after
19
   they are counted and, if possible, weighed, after the entire cultivation site is photographed and/or videotaped,
20
   and after a representative sample consisting of no more than three kilograms and a sample aggregate portion
21
   of the whole amount is retained for chemical testing.
22

23
       Dated: September 12 2013                    _____
24                                                  JENNIFER L. THURSTON
                                                    U.S. Magistrate Judge
25

26

27

28

Destruction and Sealing Order                      1